<u>UNPUBLISHED</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 00-4223**

———————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

ANTONIO D. SCOTT,

Defendant - Appellant.

———————

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond. Richard L. Williams, Senior District Judge. (CR-99-100)

———————

Submitted: December 14, 2000    Decided: December 19, 2000

———————

Before WIDENER, WILKINS, and TRAXLER, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

George E. Leedom, Richmond, Virginia, for Appellant. Helen F. Fahey, United States Attorney, Laura Ann Colombell, OFFICE OF THE UNITED STATES ATTORNEY, Richmond, Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Antonio D. Scott appeals his sentence to 46 months imprisonment based upon his guilty plea to possession of a stolen firearm, in violation of 18 U.S.C.A. § 922(j) (West 2000).  Scott argues that the district court erred in including a state court conviction that occurred when he was a juvenile in the calculation of his criminal history category under § 4A1.1 of the Sentencing Guidelines.[*]  We have reviewed the record and the district court's order and find no reversible error.  United States v. Bacon, 94 F.3d 158, 163-64 (4th Cir. 1996); United States v. Bradshaw, 999 F.2d 798, 800-01 (4th Cir. 1993).  Accordingly, we affirm Scott's conviction and sentence.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

[*] U. S. Sentencing Guidelines Manual (1998).